**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Alicia Flores Candia, et al.,**<br><br>           **Plaintiffs,**<br><br>     **-against-**<br><br>**45 Stone Street Venture Ltd., et al.,**<br><br>          **Defendants.** |

**1:26-cv-03813 (JMF) (SDA)**

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for settlement. (Referral Order, ECF No. 9.) It is hereby ORDERED that, no later than one week after an Answer is filed, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when all parties and counsel are available for a settlement conference. The email should indicate whether the parties are available for the selected dates in the morning, afternoon, or both, and indicate their preference for an in-person conference or a remote conference using Microsoft Teams. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

This Order supersedes the Order entered at ECF No. 10.

**SO ORDERED.**

DATED:     New York, New York
             May 19, 2026

_____
STEWART D. AARON
United States Magistrate Judge