UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ALICIA FLORES CANDIA et al., *individually and on behalf of all other persons similarly situated*,

Plaintiffs,

-v-

45 STONE STREET VENTURE LTD. d/b/a HAVANA SOCIAL et al.,

Defendants.

---------------------------------------------------------------------- X

26-CV-3813 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 28, 2026, Plaintiffs filed an Amended Complaint. *See* ECF No. 29. In doing so, however, they failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiffs shall file a redline no later than **July 31, 2026.**

SO ORDERED.

Dated: July 29, 2026
New York, New York

JESSE M. FURMAN
United States District Judge