ROMERO
LAW GROUP PLLC
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

September 22, 2026

**Via ECF**
Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: September 23, 2026

Re: *Alicia Flores Candia v. 45 Stone Street Venture Ltd., et al.*
Docket No. 26-cv-03813-SDA

Dear Judge Aaron:

This firm represents Plaintiffs Alicia Flores Candia, and Juan Martinez Hernandez and Harley Diaz, as well as opt-in Plaintiffs Oscar Monter and Jennifer Pavia (collectively as "Plaintiffs"), in this matter against Defendants 45 Stone Street Venture Ltd. d/b/a Havana Social and The Dubliner, Maycol Martinez Cruz a/k/a Miguel Martinez Cruz, Ronan A. Downs, David J. Massey, Eamonn Massey and Noel McDermott (collectively as "Defendants") for alleged violations of the Fair Labor Standards Act, New York Labor Law and New York common law. The parties have reached an agreement in principle to stipulate to conditional certification and distribution of notices to the FLSA collective members. As such, the Court directed the parties to submit their proposed stipulation for conditional certification by September 23, 2026. However, the parties require additional time to negotiate and finalize their proposed stipulation for conditional certification and notices. Accordingly, Plaintiffs write, with Defendants' consent, to request an extension of time to submit their proposed stipulation for conditional certification with notices until October 6, 2026. This is Plaintiffs' first request for the relief sought.

Plaintiff thanks the Court for its consideration of this request.

Respectfully submitted,

/S/ David D. Barnhorn, Esq.
DAVID D. BARNHORN, ESQ.

C: All Counsel of Record